**Christus Santa Rosa LIVE HCIS**   Patient Name: DE LA GARZA,HERIBERTO
Med Rec #: MH07405849
Date: 06/07/2019

## Discharge Summary 1
Report Date 06/07/2019 9:53am

## CHRISTUS Santa Rosa Health System
Children's Hosp of San Antonio

**Patient:** DE LA GARZA,HERIBERTO   **M.R.#:** MH07405849   **Acct #:** AH0032031604   **Location:** AH.PIMC

**DOB:** ███████   **Age:** 02M 16D   **Sex:** M   **Room/Bed:** AH.PIMC 36-01

Anticipated Discharge Date / Time: 06/07/19
## Provider Discharge Instructions

### Dischg Instruction - Pedi
**Pediatric Care Instructions**
**Discharge Follow Up:** Fm/Pt to Make Appointment
**Call MD For:** Temp Greater than 101F, Excessive Vomiting, Excessive Diarrhea, Breathing Problems, Not Drinking Well, No Urine Output 6-8hrs, Low Energy or Limpness, Symptoms Worsen
**Additional Diet Instructions:**
Formula 3-4 ounces every 3-4 hours.
------------------------------------------------
Fórmula 3-4 onzas cada 3-4 horas.
**Additional MD Instructions:**
Heriberto was admitted to the hospital for pertussis due to have slow heart rate associated with low oxygen levels. These episodes have decreased in frequency and are now less severe. He has been free of episodes for 24 hours and is stable to go home. He completed his antibiotic treatment while here.

He will still have a cough for several weeks but they should become less severe. If he develops new fever, is not behaving like his normal self, is more tired/fatigued than usual, is not making urine in 6-8 hours, please take him to the ED or his pediatrician to be evaluated.

It's important to note that he may still have some episodes with low heart rate and low oxygen at home and if something doesn't seem right take him to the hospital. We showed you a CPR video while in the hospital.

Please follow up with Dr. Caballo, his pediatrician, Monday or Tuesday (6/10/19 or 6/11/19).

It was a pleasure taking care of Heriberto!
----------------------------------------------------------------------
------------

Heriberto fue ingresado en el hospital por tos ferina debido a que tiene lentitud
Frecuencia cardíaca asociada a niveles bajos de oxígeno. Estos episodios tienen
Disminuye en frecuencia y ahora son menos graves. Ha estado libre de
Episodios de 24 horas y está estable para volver a casa. Completó su
Tratamiento antibiótico mientras esté aquí.

Seguirá teniendo tos durante varias semanas, pero deberían disminuir.
grave. Si desarrolla nueva fiebre, no se comporta como su yo normal, es

## CERTIFICATION OF VITAL RECORD

### CITY OF SAN ANTONIO

**STATE OF TEXAS — CERTIFICATE OF BIRTH — BIRTH NUMBER**

1. Child's Name: First — Middle — Last — Suffix: HERIBERTO DE LA GARZA JR.
2. Date of Birth (mm/dd/yyyy): [redacted]
3. Sex: MALE
4a. Place of Birth - County: BEXAR
4b. City or Town: SAN ANTONIO
5. Time Of Birth: 04:49 PM
6a. Plurality: SINGLE
6b. If Plural Birth, Born 1st, 2nd, 3rd etc.:
7a. Place Of Birth: ☒ Hospital
7b. Name of Hospital or Birthing Center: BAPTIST MEDICAL CENTER
8a. Attendant's Name, NPI, and Mailing Address: LUIS GASTON PRIETO, 730 N MAIN SAN ANTONIO, TEXAS 78205
8b. ☒ MD
9a. Certifier: MESHONNIA D HARRIS — 03/26/2019
9b. ☒ Facility Administrator / Designee
10. Mother's Name Prior to First Marriage: NATALI GARCIA ONTIVEROS
11. Date of Birth: 11/29/1985
12. Birthplace: MEXICO
13a. Residence - State: TEXAS
13b. County: BEXAR
13c. City, Town or Location: SAN ANTONIO
13d. Street Address or Rural Location: 6910 HWY 87E
13e. Zip Code: 78263
13f. Inside City Limits: ☒ Yes
14. Mailing Address: 78263 ☒ Same As Residence
15. Father's Name Prior to First Marriage: HERIBERTO DE LA GARZA
16. Date of Birth: 03/18/1988
17. Birthplace: MEXICO
18a. Local File Number: 02006649
18b. Date Received By Local Registrar: 03/27/2019
18c. Signature of Local Registrar: [signature]

VS-111.3   REV. 01/05   WARNING: THE PENALTY FOR KNOWINGLY MAKING A FALSE STATEMENT IN THIS FORM CAN BE 2-10 YEARS IN PRISON AND A FINE OF UP TO $5,000.   080558

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED APR 08 2019

James L. Wilson
Local Registrar

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE